

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com



September 2, 2010

**VIA FACSIMILE (212-805-6326)**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/10
```

    Re:    *Wulff, et al. v. 17th Street Entertainment II LLC, et al.*
           Index No.: 10 Civ. 2559 (CM)
           Our File No.: FS 66-142
           Attorney Assigned: Brian Schaffer

Dear Honorable Madam:

    We represent Plaintiffs in the above-referenced matter. Per Your Honor's instructions, we mailed the notices to potential opt-in Plaintiffs. Since the notice instructed individuals to mail the notice to the clerk of the Court, we respectfully request an Order from Your Honor to the Clerk regarding filing of the notice. The proposed Order is enclosed for your review.

    In addition, pursuant to the case management plan, Plaintiffs request the Court's permission to amend the complaint to add 453 West 17th Rest. Corp. as a Defendant. During discovery, it was revealed that this entity was named on private event contracts. Therefore, we believe they are a necessary party to this action.

    Defendants do not object to either of these requests.

    Thank you for your time and attention to this matter.

*[Handwritten margin notes: "Order Signed" / "application granted" / signature 9/8/2010]*

Honorable Judge McMahon
September 2, 2010
Page 2

Respectfully Submitted,

*Brian Schaffer*
Brian Schaffer

Encl.

Cc: Richard Howard, Esq. (via e-mail)