McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARALE WULFF, NETZAI VARGAS
and JIMMY DEJESUS, on behalf of themselves and all
others similarly situated,

Plaintiffs,

-against-

17TH STREET ENTERTAINMENT II, LLC d/b/a 1 OAK,
453 WEST 17th REST. CORP., SCOTT SARTIANO and
RICHIE AKIVA,

Defendants.

ECF Case

No. 10-CV-2559 (CM)



SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/11

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Plaintiffs Tarale Wulff, Netzai Vargas and Jimmy Dejesus (collectively "Plaintiffs") and 17TH Street Entertainment II, LLC d/b/a 1 Oak, 453 West 17th Rest. Corp., Scott Sartiano and Richie Akiva (collectively "Defendants") hereby stipulate, by and through their respective counsel, that the claims asserted by Plaintiffs in the Third Amended Complaint against Defendants and the counterclaims asserted by Defendants against Plaintiff Tarale Wulff, shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

Fitapelli & Schaffer, LLP

_____
Brian S. Schaffer
475 Park Avenue South, 12th Floor
New York, New York 10016
(212) 300-0375
*Attorneys for Plaintiffs*

SO ORDERED:
_____
Colleen McMahon, U.S.D.J.

FOX ROTHSCHILD LLP

_____
Carolyn D. Richmond
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Defendants*

Dated: 21 Sept        , 2011
New York, New York

NY1 522471v4 07/06/11